AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America <br> v. <br><br> Kevin Jared Olsen <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Case No.  3:25-mj-00086 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 30, 2025  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in possession of a firearm; and, |
| 21 U.S.C. § 856 | Maintaining drug-Involved premises. |

This criminal complaint is based on these facts:

See affidavit of Homeland Security Investigations (HSI) Special Agent David Slafsky, which is attached and incorporated fully by reference.

☑ Continued on the attached sheet.

/s/ By phone
*Complainant's signature*

David Slafsky, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  10:21  a.m./p.m.

Date:  March 31, 2025

*Judge's signature*

City and state:  Portland, Oregon           Honorable Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*